PER CURIAM.
Affirmed. See Colonial Penn Ins. Co. v. Magnetic Imaging Systems I, Ltd., 694 So.2d 852 (Fla. 3d DCA 1997); Broin v. Philip Morris Cos., Inc., 641 So.2d 888 (Fla. 3d DCA 1994); Barton-Malow Co. v. Bauer, 627 So.2d 1233 (Fla. 2d DCA 1993). See also, Allison v. Citgo Petroleum Corp., 151 F.3d 402, 415 (5th Cir.1998)(monetary relief incidental when it “flow[s] directly from liability to the class as a whole on the claims forming the bases of the injunctive or declaratory relief.”).